A. L. REED COMPANY, Respondent, v. ABE WHITEMAN, etc., and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

GEORGE ALLEN, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay of thirty days granted to permit application to the Court of Appeals. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

SAMUEL BLANK and Others, Appellants, v. MORRIS B. EVENS, Respondent.— Motion to resettle order denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.